In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00175-CV
_____


IN THE INTEREST OF A.P.A., P.M.A. AND L.M.A.

**On Appeal from the County Court at Law**
**Polk County, Texas**
**Trial Cause No. PC06277**

## MEMORANDUM OPINION

The trial court signed a final order in a suit to modify parent-child relationship on March 22, 2018. Balie Marie Humble, appellant, filed a notice of appeal but failed to file a brief. On October 8, 2018, we notified the parties that appellant's brief was past due and had not been filed, that the appeal would be submitted on the record alone unless we received a brief and motion for extension of time by October 18, 2018, and we warned appellant that her failure to file a brief could result in dismissal of the appeal for want of prosecution. On October 22, 2018, having received no response to the late brief notice, we notified the parties that the appeal would be

submitted to the Court on November 13, 2018, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

If an appellant fails to timely file a brief, the appellate court may dismiss the appeal for want of prosecution, unless the appellant reasonably explains the failure and the appellee is not significantly injured by the appellant's failure to timely file a brief. *See* Tex. R. App. P. 38.8(a)(1). In this case, Appellant failed to assign error for appellate review by filing a brief. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on November 13, 2018
Opinion Delivered November 15, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.